```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 16-62240-CIV-ZLOCH
```

ROBERTO GONZALEZ,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

ECLIPSE @ HOLE IN THE WALL, LLC,
and TAVILLA PROPERTIES,

    Defendants.
_____/

THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 21) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation Of Dismissal With Prejudice (DE 21) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___3rd___ day of January, 2017.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel of Record